In the Matter of KAYE'S AUTO EXCHANGE, INC., Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— REYNOLDS, J. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.

In the Matter of the Claim of JOHN LASKEY, Respondent, v. BURNS BROS. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.